UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Stephen Giannaros**

   Plaintiff

   **v.**                                    **Civil Action No.** 21-10492-NMG

**Penrose Hill, Limited**

      Defendant

SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

   The Court having been advised by counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

                                    By the Court,

9/1/2021                            /S/ Christina McDonagh
   Date                             Christina McDonagh
                                    Docket Clerk